IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| BENEATH THE TREES, LLC | 07-01664-8-JRL |
| Debtor | Chapter 11 |

## RESPONSE TO MOTION OF THE UNITED STATES TO APPOINT A CHAPTER 11 TRUSTEE

COMES NOW, the Debtor, by and through the undersigned counsel of record, and for its Response to Motion of the United State to Appoint a Chapter 11 Trustee states as follows:

1. The Debtor filed Chapter 11 bankruptcy on May 4, 2007.

2. On or about June 11, 2007, the United States, on behalf of the Department of Housing and Urban Development, filed the above referenced motion requesting the appointment of a Chapter 11 trustee, citing gross mismanagement, incompetence, unauthorized use of cash collateral, failure to comply with Court orders, failure to make required post-petition tax deposits, conflicts of interest, dishonesty, and possible fraud.

3. The Debtor believes that the evidence to be presented at the hearing on this matter will show that the appointment of a chapter 11 trustee is not in the best interest of the estate and that many, if not all, of the allegations made by the United States regarding dishonesty and possible fraud will not be substantiated.

WHEREFORE, the Debtor respectfully requests that the Motion of the United States to Appoint a Chapter 11 Trustee be denied, and that a hearing be held on this matter on July 12, 2007.

DATED: 6/26/07

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
N.C. State Bar #4221
GEORGE MASON OLIVER
N.C. State Bar #26587
LAURIE B. BIGGS
N.C. State Bar #31845
STUBBS & PERDUE, P.A.
8450 Falls of Neuse Road, Suite 206
Raleigh, NC 27615
(919) 870-6258
(919) 870-6259 FACSIMILE

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action electronically as indicated, this 26th day of June, 2007.

                                                  s/Laurie B. Biggs
                                                  Laurie B. Biggs
                                                  N.C. State Bar #31845
                                                  STUBBS & PERDUE, P.A.
                                                  8450 Falls of Neuse Road, Suite 206
                                                  Raleigh, NC 27615
                                                  (919) 870-6258
                                                  (919) 870-6259 FACSIMILE

To:

Julie Pape
Attorney for Love Funding    (via CM/ECF and email)

Bankruptcy Administrator    (via CM/ECF and email)

Neal Fowler
Attorney for HUD           (via CM/ECF and email)

Ophelia Keaton
Beneath the Trees, LLC     (via email transmission)